UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Dominique Arianeen-Ang Smith          Case No.    12-44692-MLO
                                                          Chapter     7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

      Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

      **IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Eight Thousand Two Hundred Sixty-six and 19/100</u> dollars ($8,266.19) of unclaimed funds held in the U.S. Treasury to:

                         Dilks & Knopik, LLC
                         35308 SE Center Street
                         Snoqualmie, WA   98065

**Signed on December 06, 2017**

/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**